UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAROLYN WRIGHT,

    Plaintiff,

vs.

CASE NO. 13-CV-14690

HON. MARK A. GOLDSMITH

CAM HILTZ TRUCKING, et al.,

    Defendants.
_____/

## ORDER STRIKING PLAINTIFF'S MOTION TO COMPEL (Dkt. 19)

On July 23, 2014, Plaintiff filed a motion to compel (Dkt. 19). The Case Management and Scheduling Order requires that counsel seek concurrence from opposing counsel prior to filing any motion. Specifically, section II.B.1 of the Order provides that, "The Court requires strict compliance with E.D. Mich. LR 7.1(a), which obligates moving parties to seek concurrence before filing any motion. A moving party must certify compliance with this obligation by setting forth in the first paragraph of every motion" one of four statements, or a substantially similar one, as outlined in the Order. See 1/17/14 Order (Dkt. 8). The Order further requires certification of compliance with the obligation to seek concurrence, and it warns that failure to satisfy these requirements "will result in the motion being struck." Id. (emphasis deleted). Plaintiff's motion does not satisfy these requirements or provide good cause for excusing them.

Accordingly, the Court strikes the motion to compel (Dkt. 19).

SO ORDERED.

Dated: July 24, 2014                                             s/Mark A. Goldsmith
       Flint, Michigan                                       MARK A. GOLDSMITH
                                                            United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 24, 2014.

                                                            s/Deborah J. Goltz
                                                            DEBORAH J. GOLTZ
                                                            Case Manager