UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

CAROLYN WRIGHT,

    Plaintiff,

CASE NO. 13-CV-14690

vs.

HON. MARK A. GOLDSMITH

CAM HILTZ TRUCKING, et al.,

    Defendants.

_____/

### ORDER REGARDING PLAINTIFF'S MOTION TO COMPEL (Dkt. 26)

Plaintiff Carolyn Wright ("moving party") has filed a motion to compel (Dkt. 26), contending that Defendants ("non-moving parties") have failed to provide answers to interrogatories and have failed to respond to requests for production of documents. To facilitate expeditious resolution of the motion, pursuant to Federal Rule of Civil Procedure 1 and its inherent authority, the Court modifies customary motion practice in the manner set forth below:

1. The parties shall confer in a good faith effort to resolve the issues raised by the motion. If that effort does not resolve the motion, the non-moving parties shall serve and file a response to the present motion to compel discovery by **August 5, 2014.**

2. A motion hearing is scheduled for **August 7, 2014 @ 9:30 a.m.** at the Federal Courthouse, 600 Church Street, **Flint**, Michigan.

3. If the non-moving parties fail to serve and file a timely response, the Court will construe such failure as the non-moving parties' tacit acknowledgement that there is no opposition to the motion. The hearing will be cancelled without further notice, and the Court will decide the motion based on the papers filed by the moving party.

4. The Court will enforce F.R.Civ.P. 26(a)(5), which makes the award of costs, including attorney fees, mandatory in certain circumstances.

SO ORDERED.

Dated: July 31, 2014  s/Mark A. Goldsmith
      Flint, Michigan  MARK A. GOLDSMITH
         United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 31, 2014.

      s/Deborah J. Goltz
      DEBORAH J. GOLTZ
      Case Manager